and argument would not aid the decisional process.

*AFFIRMED.*

**John Joseph LAFFITEAU, MBA, MSA, MS in Economics, Plaintiff–Appellant,**

**v.**

**MANAGEMENT AND LEGAL AGENTS FOR CAMELOT INN, Defendant–Appellee.**

**No. 10–1088.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 7, 2010.

John Joseph Laffiteau, Appellant Pro Se.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John J. Laffiteau appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Laffiteau v. Mgmt. & Legal Agents,* No. 4:09–cv–00155–H (E.D.N.C. Dec. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Missie M. SAFFORD, Plaintiff–Appellant,**

**v.**

**PORTERS NECK COUNTRY CLUB, INCORPORATED; Ray Armini; Dennis Mandragona, Defendants–Appellees.**

**No. 10–1129.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 7, 2010.

Missie M. Safford, Appellant Pro Se. Stephen C. McIntyre, William Augustus Oden, III, Ward & Smith, PA, Wilmington, North Carolina, for Appellees.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Missie M. Safford appeals the district court's order granting her former employer's motion to dismiss her employment discrimination complaint as time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Safford v. Porters Neck Country Club, Inc.*, No. 7:08–cv–00220–D (E.D.N.C. Jan. 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*